# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HOFFMAN, an individual, and LONG JOURNEY PRODUCTIONS, INC., a California corporation,<br><br>Plaintiffs,<br>vs.<br><br>HERITAGE CAPITAL PARTNERS FUNDS, LLC, a Nevada limited liability company, EVERGREEN DEVELOPMENT, LLC, a Nevada limited liability company, JAMES P. MCKEON, an individual, SCOTT R. TISCHLER, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV09-6733 SJO (OPx)<br><br>**JUDGMENT AGAINST DEFENDANT JAMES P. MCKEON**<br><br>[FRCP Rule 54] |

# JUDGMENT

Pursuant to the Court's Minute Order [Docket No. 72] granting Plaintiffs' Motion to Enforce Settlement Agreement and For Entry of Stipulated Judgment Against Defendant James P. McKeon [Docket No. 68], and upon finding that there is no just reason for delay,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of Plaintiffs and against Defendant James P. McKeon on the First Claim for Relief for Breach of Contract in the sum of $450,000, inclusive of fees and costs, together with interest thereon at the legal rate from July 22, 2010, plus costs of suit, if any. All remaining claims against Defendant are hereby dismissed without prejudice, with each side to bear their own fees and costs.

July 7, 2011

DATED: _____
U.S. DISTRICT COURT JUDGE

*S. James Otero* (signature)